**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-1306**

———————

UNITED STATES FIDELITY AND GUARANTY COMPANY;
FIDELITY AND GUARANTY INSURANCE UNDERWRITERS,
INCORPORATED; ST. PAUL MERCURY INSURANCE
COMPANY,

                                   Plaintiffs - Appellees,

        versus

ELLETT BROTHERS, INCORPORATED,

                                   Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Margaret B. Seymour, District Judge.
(CA-00-3691-3)

———————

Submitted:  September 23, 2003        Decided:  October 27, 2003

———————

Before WILKINSON, LUTTIG, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Thornwell F. Sowell, III, SOWELL, GRAY, STEPP & LAFFITTE, L.L.C.,
Columbia, South Carolina, for Appellant. Walter J. Andrews, Michael
S. Levine, SHAW PITTMAN, McLean, Virginia; John E. Johnston, Jr.,
LEATHERWOOD, WALKER, TODD & MANN, P.C., Greenville, South Carolina,
for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ellett Brothers, Inc., appeals the district court's orders granting United States Fidelity and Guaranty Company, Fidelity and Guaranty Insurance Underwriters, Inc., and St. Paul Mercury Insurance Company's motion for summary judgment in its action seeking a declaratory judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See U.S. Fid. & Guar. Co. v. Ellett Bros., Inc., No. CA-00-3691-3 (D.S.C. Feb. 11 & Mar. 6, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2